IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00567-PAB-MDB

CARLOS BRITO,

    Plaintiff,

v.

ACADEMY TOWER PLAZA, LLC,
ANGEL RESTAURANT LLC, d/b/a Nacos Tacos, and
THUNDER MOUNTAIN ENTERTAINMENT, INC., d/b/a Kelly O'Brians Sports Bar,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice as to Angel Restaurant, LLC d/b/a Naco's Tacos Only [Docket No. 41].

    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that the "plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared." All parties who have appeared have signed the stipulated dismissal. *See* Docket No. 41 at 2. Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant). Furthermore, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated to dismissal with prejudice. Docket No. 41 at 1. Accordingly, it is

    **ORDERED** that the Joint Stipulation of Dismissal with Prejudice as to Angel Restaurant, LLC d/b/a Naco's Tacos Only [Docket No. 41] is **GRANTED**.

    DATED March 8, 2023.