IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00567-PAB-MDB

CARLOS BRITO,

    Plaintiff,

v.

ACADEMY TOWER PLAZA, LLC, and
THUNDER MOUNTAIN ENTERTAINMENT, INC., d/b/a Kelly O'Brians Sports Bar,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice as to Thunder Mountain Entertainment, Inc. [Docket No. 43]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Carlos Brito and defendant Thunder Mountain Entertainment, Inc. stipulate to the dismissal of this action with prejudice against Thunder Mountain Entertainment, Inc. Docket No. 43 at 1.

    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that the "plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared." "Although Rule 41(a)(1)(A) refers to dismissal of the 'action,' the rule permits the dismissal of fewer than all parties so long as all claims against a particular party are dismissed." *Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.*, 2022 WL 881575, at *2 n.4 (10th Cir. Mar. 25, 2022) (unpublished). The stipulation is only signed by plaintiff and Thunder Mountain Entertainment, Inc. Docket No. 43 at 2. The stipulation is not signed by "all parties who have appeared." *See id.*; Fed. R. Civ. P. 41(a)(1)(A)(ii). As a result, the stipulation does not serve to dismiss this action as to Thunder Mountain Entertainment, Inc.

    Accordingly, it is

    **ORDERED** that the Joint Stipulation of Dismissal with Prejudice as to Thunder Mountain Entertainment, Inc. [Docket No. 43] is deemed ineffective as a means of dismissing defendant Thunder Mountain Entertainment, Inc.

    DATED April 25, 2023.