## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:22-CV-00567-PAB

CARLOS BRITO,

    Plaintiff,

v.

ACADEMY TOWER PLAZA, LLC,
ANGEL RESTAURANT LLC D/B/A
NACOS TACOS, and THUNDER
MOUNTAIN ENTERTAINMENT, INC.
D/B/A KELLY O'BRIANS SPORTS BAR.

    Defendants.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, CARLOS BRITO, and Defendant, ACADEMY TOWER PLAZA, LLC, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement. STIPULATED AND AGREED by Counsel for the Parties on the dates below written. Respectfully submitted on September 5, 2023.

| | |
|---|---|
| */s/ Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 1600 Broadway <br> Denver, CO 80202 <br> Telephone: (305) 553-3464 <br> Email: ajperez@lawgmp.com <br> *Attorney for Plaintiff* | */s/ Brenda L. Bartels* <br> BRENDA L. BARTELS, ESQ. <br> MESSNER REEVES LLP <br> 105 E. Moreno Ave., Suite 200 <br> Colorado Springs, CO 80903 <br> Telephone: (719) 260- 7900 <br> Email:  bbartels@messner.com <br> *Attorney for Defendant Academy Tower Plaza LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 5, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com
jreyes@lawgmp.com


By: ____*/s/  Anthony J. Perez*_____
           ANTHONY J. PEREZ

2